IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 12 PM 4: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                         Cr. No. 03-20396-B

NATHANIEL TAYLOR,

Defendant.

---

## ORDER GRANTING MOTION FOR ADDITIONAL TIME
## TO REPORT TO INSTITUTION

---

For good cause shown, the Court hereby **GRANTS** defendant's motion to permit him

additional time, at least sixty (60) days, in which to report to FCI Memphis for service of his

sentence, which is currently set for Monday, October 31, 2005.   Defendant now has until

_____January 2, 2006_____ in which to turn himself

in to FCI Memphis for service of his sentence.

It is so **ORDERED**, this the __12th__ day of October, 2005.

**HONORABLE J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 126 in case 2:03-CR-20396 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT