# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 18 PM 3:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CASE NO. 03-20396-01-B |
| | ) | |
| NATHANIEL TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

## A*M*E*N*D*E*D  ORDER TO SURRENDER

---

The defendant, **Nathaniel Taylor**, having been sentenced in the above case to the custody of the Bureau of Prisons, having been granted leave by the Court to report to the designated facility, and having been granted additional time for self report to the designated institution, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI Memphis SCP, 1101 John A. Denie Road, Memphis, TN 38134,** by **2:00 p.m.** on **TUESDAY, JANUARY 3, 2006.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 18th day of October, 2005.

**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-19-2005



## ACKNOWLEDGEMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed:** _____

Defendant

**Date:** _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:03-CR-20396 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT